UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

R Street Institute

                        **Plaintiff**

Case No.: 1:21-cv-00401-AJT-MSN

*vs.*

Arthur Rizer d/b/a ARrow Consulting, LLC, et al.

                        **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons; Notice; and Complaint for Declarative, Injunctive and Monetary Relief and Jury Demand in the above entitled case.

That on 04/02/2021 at 6:42 PM, I served Arthur Rizer d/b/a ARrow Consulting, LLC at 137 East Reed Avenue, Alexandria, Virginia 22305 with the Summons; Notice; and Complaint for Declarative, Injunctive and Monetary Relief and Jury Demand by serving Arthur Rizer, personally.

Arthur Rizer is described herein as:

Gender: Male   Race/Skin: White   Age: 36   Weight: 190   Height: 5'10"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

04/6/21
Executed On

Abel Emiru

Client Ref Number: 092771-00004
Job #: 1588157

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| R STREET INSTITUTE<br>c/o WHITEFORD TAYLOR & PRESTON LLP<br>1800 M Street, NW, Suite 450N<br>Washington, DC 20036<br><br>*Plaintiff(s)*<br>v.<br>Arthur Rizer d/b/a ARrow Consulting, LLC<br>Rizer Consulting, LLC<br>137 E. Reed Avenue<br>Alexandria, VA 22305<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-401 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Arthur Rizer d/b/a ARrow Consulting, LLC
137 E. Reed Avenue
Alexandria, VA 22305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer S. Jackman, Esquire
Whiteford Taylor & Preston LLP
1800 M Street, NW
Suite 450N
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/02/2021

Digitally signed by Dana Van Metre
Date: 2021.04.02 09:25:06 -04'00'

*Signature of Clerk or Deputy Clerk*