IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

R STREET INSTITUTE,                          )
                                             )
              Plaintiff,                      )
                                             )
       v.                                     )          Civil Action No. 1:21-cv-00401 (AJT/MSN)
                                             )
ARTHUR RIZER,                                 )
d/b/a ARrow Consulting, LLC, et al.,         )
                                             )
              Defendants.                     )
                                             )

## **ORDER**

It appears from the record that the Defendants ARTHUR RIZER and RIZER

CONSULTING, LLC, are in default, having not filed a motion, answered, or otherwise

responded. Accordingly, it is hereby

ORDERED that Plaintiff immediately obtain a default from the Clerk pursuant to Federal

Rule of Civil Procedure 55(a); and it is further

ORDERED that promptly after obtaining entry of default, Plaintiff file a motion for

default judgment and an accompanying memorandum setting forth the factual and legal support

for findings that (a) this Court has subject matter and personal jurisdiction, including how the

Defendants were served and why that service was proper; (b) the complaint alleges facts

establishing all the necessary elements of one or more claims on which relief can be granted; and

(c) Plaintiff can receive the damages and any other relief sought, with specific reference to

affidavits, declarations, or other evidence supporting such relief; and it is further

ORDERED that Plaintiffs file a Notice setting the hearing on the motion for default

judgment for 10:00 a.m. on Friday, September 10, 2021, before the magistrate judge to whom

this action is referred and mail and email copies of the notice, motion, and memorandum to the

Defendants at their last known addresses, certifying the same to the Court.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 11, 2021

2