IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| R STREET INSTITUTE | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:21-cv-00401 |
| ARTHUR RIZER d/b/a Arrow Consulting, LLC | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL

Plaintiff, R. Street Institute, by and through its undersigned counsel, pursuant to Fed. R. Civ. Proc. 41(a), files this Notice of Dismissal and asks this Court to dismiss the above-captioned case in its entirety with prejudice.

Respectfully submitted,

*/s/ Jennifer S. Jackman*
Jennifer S. Jackman
jjackman@wtplaw.com
Whiteford, Taylor & Preston, L.L.P.
1800 M Street NW, Suite 450N
Washington, D.C. 20036-5869
(202) 659-6800

Steven E. Tiller
stiller@wtplaw.com
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Suite 1500
Baltimore, Maryland 21202-1636
(410 347-9425

*Attorneys for Plaintiff,*
*R STREET INSTITUTE*